AO 440  Rev. 10/93  Summons in a Civil Action

# United States District Court

MIDDLE _____ DISTRICT OF ALABAMA _____

POTOMAC REALTY CAPITAL, LLC

**V.**

STEVEN GREEN

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:08-CV-204-MEF

TO: (Name and address of defendant)
Steven Green
81 Pondfield Road, Suite 334
Bronxville, New York 10708

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kerry P. McInerney
Robin L. Beardsley
SIROTE & PERMUTT, P.C.
P. O. Box 55727
Birmingham, AL 35255-5727

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                3/25/08

CLERK                                                              DATE

/s/ William C. ____

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other *(specify)*: Certified Mail _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                                                         *Signature of Server*

                                                                                _____
                                                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.