IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| POTOMAC REALTY CAPITAL, LLC, )<br>)<br>) | |
| Plaintiff, )<br>) | |
| v. ) | Civil Action No.: 2:08-cv-204-MEF-SRW |
| )<br>STEVEN GREEN, )<br>) | |
| Defendant. )<br>) | |

## CORPORATE DISCLOSURE STATEMENT OF
## POTOMAC REALTY CAPITAL, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Middle District of Alabama's General Order 3047, undersigned counsel for Plaintiff Potomac Realty Capital, LLC ("Potomac") respectfully certifies the following information with respect to the parents, subsidiaries, affiliates, members, trustees, and managers of Potomac:

> **Potomac is a Delaware limited liability company with no corporate parent, subsidiaries, or affiliates. Potomac is not publicly-traded. Potomac's members are Potomac Management Holdings, LLC, Potomac Realty Advisors, LLC, and Mr. Dale Okonow. Potomac's non-member manager is Potomac Realty Management, LLC.**

Respectfully submitted,

/s/ Kerry P. McInerney
Kerry P. McInerney (ASB 7857-N75K)
Robin L. Beardsley (ASB 7270-I63B)
Attorney for Plaintiff,
Potomac Realty Capital, LLC

OF COUNSEL:

Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
(205) 930-5100 (Telephone)
(205) 930-5101 (Facsimile)
kmcinerney@sirote.com
rbeardsley@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify on this the 8th day of April, 2008 that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

N/A

and by placing a true and correct copy of the same in the United States Mail, properly addressed and first class postage prepaid, as follows:

Mr. Steven Green
81 Pondfield Road, Suite 334
Bronxville, New York 10708

s/ Kerry P. McInerney
OF COUNSEL