IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| POTOMAC REALTY CAPITAL, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN GREEN, )<br>)<br>Defendant. ) | Case No.: 2:08-cv-204-MEF-SRW |

APPLICATION TO CLERK FOR ENTRY OF DEFAULT

To: Debra P. Hackett
Clerk of Court, United States District Court
Middle District of Alabama

Plaintiff Potomac Realty Capital, LLC respectfully requests that the Clerk enter default against Defendant Steven Green for Green's failure to plead, answer, or otherwise defend the claims set forth in Plaintiff's Complaint, as set forth in the Affidavit of Kerry P. McInerney, attached hereto and incorporated herein as Exhibit A.

WHEREFORE PREMISES CONSIDERED, Plaintiff, Potomac Realty Capital, LLC requests that the Clerk enter default against Defendant Steven Green.

Respectfully submitted the 18th day of April, 2008.

/s/ Kerry P. McInerney
Kerry P. McInerney (ASB 7857-N75K)
Robin L. Beardsley (ASB 7270-I63B)
Attorney for Plaintiff,
Potomac Realty Capital, LLC

**OF COUNSEL:**

Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
(205) 930-5100 (Telephone)
(205) 930-5101 (Facsimile)
kmcinerney@sirote.com
rbeardsley@sirote.com

CERTIFICATE OF SERVICE

I hereby certify on this the 18th day of April, 2008 that I have served the above and foregoing upon all parties by placing a true and correct copy of the same United States Mail, first class postage prepaid and properly addressed, as follows:

Mr. Steven Green
81 Pondfield Road, Suite 334
Bronxville, New York 10708

/s/ Kerry P. McInerney
OF COUNSEL

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| POTOMAC REALTY CAPITAL, LLC, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | Case No.: 2:08-cv-00204-MEF-SRW |
| STEVEN GREEN, ) ) ) | |
| Defendant. ) ) | |

AFFIDAVIT OF KERRY P. MCINERNEY

**STATE OF ALABAMA** )

**COUNTY OF JEFFERSON** )

BEFORE ME, a Notary Public, in and for the County and State aforesaid, personally appeared Kerry P. McInerney, who is known to me and by me, first being duly sworn, deposes and says:

1. My name is Kerry P. McInerney. I am over the age of nineteen (19) years. I am competent to make this Affidavit.

2. I am one of the attorneys of record for the Plaintiff, Potomac Realty Capital, LLC, and I have personal knowledge of the facts set forth in this Affidavit.

3. The Defendant, Steven Green, was duly served with a copy of the summons and complaint by certified mail on March 28, 2008, making his responsive pleading due April 17, 2008. A copy of the Court's notification of service is attached hereto as Exhibit 1.

4. More than twenty (20) days have elapsed since the date on which the Defendant was served with summons and a copy of the complaint and Defendant Green has failed to answer or otherwise defend as to Plaintiff's complaint, or serve a copy of any answer or other defense which he may have upon the undersigned attorneys' of record for the Plaintiff.

5. This Affidavit is executed by affiant herein in accordance with Rule 55 of the Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiff to obtain an entry of default by the Clerk of Court against the Defendant for his failure to answer or otherwise defend as to Plaintiff's complaint.

6. Further, Affiant saith not.

_____
Kerry P. McInerney

STATE OF ALABAMA )
)
JEFFERSON COUNTY )

    I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that Kerry P. McInerney, whose name is signed to the foregoing document, and who is known to me, acknowledged before me on this day that, being informed of the contents of the document, he executed the same voluntarily.

    Given under my hand and official seal this 18th day of April, 2008.

*Susan D. Conger*
Notary Public

**MY COMMISSION EXPIRES: MARCH 29, 2011**

My Commission Expires:_____

# EXHIBIT 1

**McInerney, Kerry P.**

| | |
|---|---|
| **From:** | efile_notice@almd.uscourts.gov |
| **Sent:** | Monday, March 31, 2008 3:38 PM |
| **To:** | almd_mailout@almd.uscourts.gov |
| **Subject:** | Activity in Case 2:08-cv-00204-MEF-SRW Potomac Realty Capital, LLC v. Green Return Receipt Card |

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Alabama Middle District

**Notice of Electronic Filing**

The following transaction was entered on 3/31/2008 at 3:38 PM CDT and filed on 3/31/2008
**Case Name:**       Potomac Realty Capital, LLC v. Green
**Case Number:**    2:08-cv-204
**Filer:**
**Document Number:** 4

**Docket Text:**
Return Receipt Card showing service of Summons and complaint signed by M. Ahn for Steven Green served on 3/28/2008, answer due 4/17/2008. (wcl, )


**2:08-cv-204 Notice has been electronically mailed to:**

Robin Leigh Beardsley     rbeardsley@sirote.com

Kerry Patrick McInerney     kmcinerney@sirote.com, jirvin@sirote.com

**2:08-cv-204 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=3/31/2008] [FileNumber=911576-0]
[86d061d477298e29933d5e8ea437f72b2022f9e44d6080245a9ef0603d6a4ed9dff6
e6ea52ac60ae222228321a405492b3e8e4e794389e7c5ee3e9f10c0d3384]]

4/18/2008