IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| POTOMAC REALTY CAPITAL, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) CASE NO. 2:08-cv-204-MEF-SRW |
| STEVEN GREEN, | ) ) ) |
| Defendant. | ) |

## MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT AND DENY ENTRY OF DEFAULT JUDGMENT

Pursuant to *Fed. R. Civ. P.* Rules 4 and 12(b)(4) and (5), Defendant Steven Green (hereinafter "Green") respectfully requests this Court to Quash Service on Green and to deny Plaintiff Potomac Realty Capital, LLC's (hereinafter "Potomac") application for entry of default for the following reasons:

1. On or about March 21, 2008, Potomac filed its complaint in the above-styled case against Green, in his individual capacity. Thereafter, Potomac attempted service on Steven Green by delivering a copy of the Complaint to Green Realty Development Company, 81 Pondfield Road, Suite 334, Bronxville, New York 10708 via certified mail. A copy of the summons in the above matter is attached hereto as Exhibit A.

2. The certified mail receipt was signed for by "M. Ahn", an employee of Green Realty Development Company who is not authorized to accept service of process for Mr. Green. A copy of the certified mail receipt is attached hereto as Exhibit B.

3. Further, Green is, at this time, incompetent due to medical reasons and incapable of making any decisions regarding service of process. As such, because Green was never

191413.1

properly served with the Complaint and is incompetent to accept service, Potomac's service in this case must be quashed.

4.  Additionally, Potomac's application for entry of default judgment should be denied as the *Federal Rules of Civil Procedure* Rule 55 strictly prohibits the entry of a default judgment against an incompetent.[1] *See Fed. R. Civ. P.*(b)(2) ("[N]o judgment of default shall be entered against an infant or incompetent unless represented in the action by a general guardian, committee, conservator, or other such representative who has appeared therein"); 4 *Moore's Federal Practice*, § 17.25[3] (Matthew Bender 3d ed.) ("Notwithstanding the fulfillment of the default rule's general requirements, the clerk may never enter default judgment against an infant or incompetent and the judge may not do so unless a representative of the infant or incompetent has appeared in the litigation.")

WHEREFORE, Green respectfully requests the Court to Quash service of the Complaint on Steven Green and deny Potomac's application entry for default judgment as a result of Green's status as incompetent.

s/Joseph Seawell Moore
One of the Attorneys for Defendant

**OF COUNSEL:**
Paul Clark (CLA076)
Joseph Seawell Moore (MOO106)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101-0078
334/834-6500
334/269-3115 (fax)

---

[1] Pursuant to *Fed R. Civ. P. Rule* 4(g), service to an incompetent person in a judicial district of the United States "shall be effected in the manner prescribed by the law of the state in which the service is made for the service of summons or other like process upon any such defendant in an action brought in the courts of general jurisdiction of that state." Potomac's affidavit in support of its application for default fails to show that it complied with New York's service rules for properly serving an incompetent.

191413.1                                    2

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this 22nd day of April, 2008:

Kerry P. McInerney  
Robin L. Beardsley  
Sirote & Permutt, P.C.  
2311 Highland Avenue South  
Birmingham, AL  35205

                                              s/Joseph Seawell Moore  
                                              Of Counsel

# EXHIBIT A

AO 440  Rev. 10/93  Summons in a Civil Action

# United States District Court

MIDDLE _____ DISTRICT OF ALABMA

POTOMAC REALTY CAPITAL, LLC

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 2:08-CV-204-MEF

STEVEN GREEN

TO: (Name and address of defendant)
Steven Green
81 Pondfield Road, Suite 334
Bronxville, New York  10708

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kerry P. McInerney
Robin L. Beardsley
SIROTE & PERMUTT, P.C.
P. O. Box 55727
Birmingham, AL  35255-5727

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                   3/25/08

CLERK                                                 DATE

*William C. ___*

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _M. Ahn_  ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>M AHN  3/28/08 |
| 1. Article Addressed to:<br><br>Mr. Steven Green<br>81 Pondfield Road, Suite 334<br>Bronxville, New York 10708<br><br>08cv204 S+C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0003 9716 8811 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |