IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| POTOMAC REALTY CAPITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:08-cv-204-MEF |
| | ) | |
| STEVEN GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the Motion to Quash Service of Summons and Complaint and Deny Entry of Default Judgment (Doc. #7) filed on April 22, 2008, it is hereby

ORDERED that the plaintiff show cause in writing on or before April 28, 2008 as to why the motion should not be granted.

DONE this the 23rd day of April, 2008.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE