IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| POTOMAC REALTY CAPITAL, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STEVEN GREEN, )<br>)<br>Defendant. ) | CASE NO. 2:08-cv-204-MEF-SRW |

### MOTION FOR LEAVE TO FILE EVIDENTIARY SUBMISSION

Defendant Steven Green ("Green") respectfully moves this Court for leave to submit the following evidentiary submission in support of his Motion to Quash Service of Summons and Complaint and Deny Entry of Default Judgment filed on April 22, 2008. Attached hereto as **Exhibit 1**, Evidentiary Submission in Support of Motion to Quash Service of Summons and Complaint and Deny Entry of Default Judgment.

Respectfully submitted this 29th day of April, 2008.

s/Joseph Seawell Moore
One of the Attorneys for Defendant

OF COUNSEL:
Paul Clark (CLA076)
Joseph Seawell Moore (MOO106)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101-0078
334/834-6500
334/269-3115 (fax)

191675.1

2

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this 29th day of April, 2008:

Kerry P. McInerney  
Robin L. Beardsley  
Sirote & Permutt, P.C.  
2311 Highland Avenue South  
Birmingham, AL  35205

                                              s/Joseph Seawell Moore  
                                              Of Counsel

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| POTOMAC REALTY CAPITAL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN GREEN, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:08-cv-204-MEF-SRW <br> ) <br> ) <br> ) <br> ) |

### EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT AND DENY ENTRY OF DEFAULT JUDGMENT

Defendant Steven Green ("Green") submits the following evidence in support of his Motion to Quash Service of Summons and Complaint and Deny Entry of Default Judgment filed on April 22, 2008:

Affidavit of John Murray, attached hereto.

Respectfully submitted this 29th day of April, 2008.

                                                    s/Joseph Seawell Moore
                                                    One of the Attorneys for Defendant

**OF COUNSEL:**
Paul Clark (CLA076)
Joseph Seawell Moore (MOO106)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101-0078
334/834-6500
334/269-3115 (fax)

191675.1

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this 29th day of April, 2008:

Kerry P. McInerney
Robin L. Beardsley
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL  35205

                                    s/Joseph Seawell Moore
                                    Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| POTOMAC REALTY CAPITAL, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STEVEN GREEN, )<br>)<br>Defendant. ) | CASE NO. 2:08-cv-204-MEF-SRW |

### AFFIDAVIT OF JOHN MURRAY

Before me, the undersigned Notary Public in and for said State and County, personally **John Murray**, who being first duly sworn on oath, does depose and say as follows:

1. I, John Murray, am over 21 years of age, suffer no incapacities that would impair my ability to give competent testimony, and have personal knowledge of the matters stated herein.

2. I am the attorney for Steven Green and several of his business entities.

3. On or about May 9, 2007, Steven Green was struck by a motor vehicle and suffered traumatic brain injuries.

4. As part of my normal course of business, I keep record of Steven Green's medical status as reported by Dr. Steven R. Flanagan, M.D. Attached as Exhibit A, please find a true and correct copy of a medical status report for Steven Green from Dr. Steven R. Flanagan, M.D. dated March 27, 2008.

5. As part of my normal course of businsess, I keep record of the appointment of guardianship for Steven Green. Attached as Exhibit B, please find a true and correct copy of a Commission to Guardian for Steven Green dated January 11, 2008.

187004.1

Further Affiant saith not.

_____
John Murray

STATE OF NEW YORK )
)
COUNTY OF WESTCHESTER )

SWORN TO AND SUBSCRIBED BEFORE ME on this 29th day of April, 2008.

(SEAL)

_____
Notary Public
My Commission Expires: May 11, 2011



STEPHEN HOCHHAUSER
Notary Public, State of New York
No. 02HO4897435
Qualified in Westchester County
Commission Expires May 11, 2011

187004.1

2

# EXHIBIT A



**MOUNT SINAI
SCHOOL OF
MEDICINE**

Department of Rehabilitation Medicine

Steven R. Flanagan, M.D.
Associate Professor and Vice Chairman

One Gustave L. Levy Place
Box 1240
New York, NY 10029-6574.

Tel: (212) 659-9377
Fax: (212) 348-5901
E-mail: steve.flanagan@mssm.edu

March 27, 2008

RE: STEVEN GREEN

To Whom It May Concern,

    Steven Green is currently under my care at The Mount Sinai Medical Center for treatment of severe physical and cognitive impairments resulting from a traumatic brain injury. He was a pedestrian struck by a motor vehicle on May 9, 2007, sustaining a severe traumatic brain injury. He was admitted to my service at Mount Sinai on May 29, 2007 for intensive inpatient rehabilitation. At the present time, he has spastic left hemiplegia and severe cognitive impairments in the realms of attention, concentration, memory, processing speed and executive skills. He is incapable of caring for himself and relies on others for all forms of mobility and completion of activities of daily living. He is incapable of making medical or financial decisions for himself at this time, which I anticipate is permanent.

    If you have any questions, please feel free to contact me at (212) 241-3981.

Sincerely,

Steven R. Flanagan, M.D.
Associate Professor and Vice Chairman of Rehabilitation Medicine
Medical Director of Brain Injury Rehabilitation
Mount Sinai School of Medicine

# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK  (12/03)
WESTCHESTER COUNTY
-----------------------------------------------------------------X   COMMISSION TO
In the Matter of The Application of                                   GUARDIAN

    MARY GREEN,                                              INDEX NO. *17431/07*

as Petitioner Pursuant to Article 81 of the
Mental Hygiene Law for the Appointment of
a Personal Needs and Property Management
Guardian for

    STEVEN GREEN,

an Alleged Person in Need of Guardian.
-----------------------------------------------------------------X

---

{ } = choice must be made of *either* selection.

[ ] = choice may be made of *either, both, any, all selections.*

Mark choice with X.

---

## THE PEOPLE O THE STATE OF NEW YORK,
## TO ALL WHOM THESE PRESENTS COME,
## GREETINGS:

By judgement of this Court dated January 11, 2008, the following was

appointed

[ x ] Guardian of the Property    __MARY GREEN__
                                         11 Edgewood Lane
                                         Purchase, NY 10577
                                         (914) 253-9111

[ x ] Guardian of the Person      __MARY GREEN__
                                         11 Edgewood Lane
                                         Purchase, NY 10577
                                         (914) 253-9111

for   **STEVEN GREEN**
   11 Edgewood Lane
   Purchase, NY 10577
   (914) 253-9111

The guardianship of property was granted the powers set forth in the September 13, 2007 and November 14, 2007 Orders applicable to **MARY GREEN** as Temporary Guardian for **STEVEN GREEN**; and was granted the following powers:

[ x ] 1. Marshal his income and assets and establish bank, brokerage and other similar accounts in the name of the Guardian for **STEVEN GREEN** in a bank that shall provide either banking statements, canceled checks, or copies of canceled checks to the Guardian and endorse, collect, negotiate and deposit all negotiable instruments drawn to the order of **STEVEN GREEN**, including, but not limited to government entitlement checks; invest funds with the same authority as a trustee, pursuant to New York EPTL section 11-2.2; inventory personal belongings, and store or dispose, as appropriate, and inventory any safe deposit box and **report to the Court for further order as to the disposition of the contents.**

## NOTE TO ALL FINANCIAL ENTITIES:
## NO ASSETS OF THE INCAPACITATED PERSON MAY BE HELD SOLELY IN THE GUARDIANS'S NAME. ALL ASSETS OF THE INCAPACITATED PERSON MUST BE TITLED AS FOLLOWS:

## MARY GREEN as Guardian for STEVEN GREEN

[ x ] 2. Open the safety deposit box, if any, in the presence of a bank representative and there shall be a certification of the contents by the Guardian and bank representative. The contents of the safety deposit box cannot be removed without prior Court Order.

[ x ] 3. Pay such bills as may be reasonably necessary for his maintenance and care;

[ x ] 4. Make gifts, subject to **prior** court approval, pursuant to Mental Hygiene Law section 81.21.(b), except that no **prior** court approval shall be required for any gift or gifts to an individual, if the total of all gifts to that individual in the same year does not exceed $500, AND the total of **all gifts to all individuals** in the same year does not exceed the lesser of 5% of all liquid assets in the guardianship estate or $10,000;

[   ] 5a. Provide support for persons dependent upon him/her *(Specify name and address of dependent, relationship to PING, whether legally obligated to support dependent and amount of support.)*

2

[x] 5b. Manage the LLC's in which STEVEN GREEN is the sole member including but not limited to continuing the engagement of the existing professional managers of the rental properties owned by the LLC's, enter into contracts to refinance, sell or improve the real properties owned by STEVEN GREEN's LLC's, without prior court provided that, in connection with any sale of the properties, the sale prices contained in such contracts of sale are either within the parameters described in the sealed testimony of Natalie Wilensky, or are in amounts that are at least 90% of an appraisal of the property made within six months of the contract of sale by a duly licensed MAI appraiser;

[x] 5c. Accept the current offer to sell Apt. 1901, Essex House, 160 Central Park South, New York, NY, owned by Essex House 1901 Realty Co., LLC, for $3 Million all cash with no mortgage contingency;

[x] 5d. Enter into the proposed contract to sell the jet aircraft owned by Green Aviation V, LLC, and to apply the proceeds to reduce the loan from GE Capital that financed the purchase of the aircraft, to secure the balance due GE Capital with a pledge of the property located at 2412 Barcelona Drive, Ft. Lauderdale, FL, which is owned by 2412 Barcelona Realty, LLC, in which STEVEN GREEN is the sole member, and to pay the remaining balance in periodic payments from the proceeds of sale of the other assets owned by LLC's in which STEVEN GREEN is the sole member.,

[x] 5d. Enter into other contracts for the sale or purchase of assets [e.g., personal residential property, cars, aircraft, objets d'art, boats, etc.], including construction contracts, which shall not require prior court approval unless the contract price is in excess of 10% of the guardianship estate;

[x] 5e. Procure liability insurance coverage for **STEVEN GREEN** and for the Guardian in amounts appropriate for the owner and operator of his businesses.

[x] 6. Enter into contracts (including contacts for the sale of any other real property, provided that prior to the closing of title the Court approves the terms of sale, upon submission of a copy of the fully executed contract and a written appraisal by an MAI appraiser; however, a prior court order is required to enter into mortgages other than the refinancing of existing mortgages of real property and enter into other contracts for the sale or purchase of assets [e.g., real estate, cars, boats, etc.,] including construction contracts, shall require prior court approval, if the contract price is in excess of $10,000 or 10% of the guardianship estate, whichever is less, provided that no prior court approval shall be required when the contract price is less than $500);

[x] 7. Establish from resources only and not from income:

   [x] an irrevocable prepaid funeral trust in accordance with Medicaid regulations.

   [x] a luxury account in accordance with Medicaid regulations.

   [x] a separate interest bearing, savings account in the guardian's name, as guardian, in the amount of **$30,000.00** and denominated in the "Comments" on the bank records **"as and for administrative costs of the guardianship proceeding,"** and such separate account shall not be deemed an available Medicaid asset, unless and until all administrative costs are paid;

[x] 8. Engage in Medicaid and estate planning, subject to **prior** court approval of all proposed transfers, pursuant to Mental Hygiene Law section 81.21(b);

3

[ x ] 9. Apply for government and private benefits;

[ x ] 10. Prosecute and defend any and all other civil proceedings, including administrative proceedings, and settle and compromise all matters related to such proceedings (ALL SETTLEMENTS ARE SUBJECT TO THE APPROVAL OF THIS COURT);;

[ x ] 11. Sign and file income tax returns and all other tax documents for any and all tax obligations and appear before federal, state and local taxing authorities on all claims, litigation, settlements and other matters related thereto;

[ x ] 12. Authorize access to or release of confidential records;

[ x ] 13a. Retain an attorney solely for necessary legal work, including but not limited to the commencement of legal proceedings on behalf of **STEVEN GREEN** **or any of his businesses to secure judgments against any persons or companies against whom there exist colorable claims for relief, to appear on behalf of STEVEN GREEN in the United States District Court, Middle District of Florida in a pending criminal action, file No. 8:06-CR-404-T-24TBM, and to secure a modification and extension of his plea agreement in that matter. Approval for attorneys fees in the criminal action may be brought in the USDC; the Guardian is to provide a copy of all orders rendered regarding fees to this court and to the Court Examinater to secure payment that may be recoverable under any policies of insurance held by STEVEN GREEN or any of his companies; and to appear and defend against any pre-existing claims made against STEVEN GREEN or any of his businesses, or any claims arising out of the operation of the businesses after his injury or arising out of the performance of the Guardian of her duties and acts authorized herein,** subject to court approval of fees upon a **detailed affidavit of services submitted with the initial, annual or final reports (Mental Hygiene Law sections 81.30, 81.31 and 81.33) (fees may NOT be paid prior to court approval); The Guardian may submit to this Court for approval by letter application alisting of all counsel sought to be retained for various actions.**

[ x ] 13b. Retain an attorney and/or an accountant to assist in the preparation of the initial report, annual accountings or final report or to assist in the preparation of federal or state income tax returns, subject to court approval of fees upon a **detailed affidavit of services submitted with the initial, annual or final reports (Mental Hygiene Law sections 81.30, 81.31 and 81.33) (fees may NOT be paid prior to court approval);**

[ x ] 14. Pay the funeral expenses of **STEVEN GREEN** out of any funds remaining in the guardianship estate at death, to the extent that a prepaid funeral trust, if any, is insufficient to pay for same;

[ x ] 15. Pay such bills after death if incurred prior thereto and if authority to pay same would have otherwise existed;

[ x ] 15a. Continue to lease the premises at 11 Edgewood Lane, Purchase, NY 10577, and to exercise the right of first refusal granted to the IP under his current lease.

[ x ] 16. If the lease at 11 Edgewood Lane terminates, to lease a primary residence for up to 3 years.

4

[ x ] 17. Exercise or release powers held by the incapacitated person as trustee, personal representative, including Executor, beneficiary, guardian for a minor, or donee of a power of appointment.
    [ ] Other
The guardianship of the property shall be for
[ x ] an indefinite duration.
[ ] a period of _____ *(Specify time)*.

The guardianship of the Person shall have the following powers:
[ x ] 1. Determine who shall provide personal or medical care or assistance for him
[ x ] 2. Make decisions regarding social environment and other social aspects of his life;
[ x ] 3. Determine whether he should travel;
[ x ] 4. Determine whether he should possess a license to drive;
[ x ] 5. Authorize access to or release of confidential records governed by the Federal Health Insurance Portability and Accountability Act (HIPPA);
[ x ] 6. Make decisions regarding education;
[ x ] 7. Apply for government and private benefits;
[ x ] 8. Choose the place of abode,
    [ ] provided that *(Name of PING)* shall not be placed in a skilled nursing facility or residential care facility, as defined by Public Health Law section 2801, without his consent or further order of the court.
    [ x ] including placement or continued placement in a skilled nursing facility or residential care facility, as defined by Public Health Law section 2801, provided that no consent shall be given to the voluntary formal or informal admission of **STEVEN GREEN** to a mental hygiene facility under article 9 or 15 of the Mental Hygiene Law or to an alcoholism facility under article 21 of the Mental Hygiene Law.
[ x ] 9. Consent to or refuse generally accepted routine or major medical or dental treatment, provided that treatment decisions are made consistent with the findings of Mental Hygiene Law section 81.15 and in accordance with the standards in Mental Hygiene Law section 81.22 (a)(8), and provided further that no consent shall be given to the administration of psychotropic medication or electroconvulsive therapy without the consent of **STEVEN GREEN** or further order of this court or a court of competent jurisdiction.
[ x ] 10. Execute a Do Not Resuscitate Order in accordance with the provisions of Article 29-B of the Public Health Law.
[ ] 11. *(Other)*.

The guardianship of the person shall be for
[ x ] an indefinite duration.
[ ] a period of _____ *(Specify time)*.

5

The Guardian is to report to the Court Examiner, in writing within 30 days, of a change in the incapacitated person's place of residence and of any significant change in the incapacitated person's physical or mental condition. Additionally, the Guardian and / or Nursing Home is to immediately notify the Guardianship Court, the Surrogate's Court and the Court Examiner of the death of the incapacitated person and file a copy of the death certificate with this Court and the Court Examiner. **The Guardian shall serve a copy of the commission signed by the County Clerk upon the Guardianship court and the Court Examiner within 5 days of its issuance and shall constitute the Guardian's sole warrant to act.**

[ x ] The Guardian of the Property has filed a designation.

[ x ] **No bond was required** provided however:

a) the Guardian shall establish a Guardianship checking account, and that shall endorse and deposit into that account all proceeds from the sales of the assets owned by the various LLC's in which **STEVEN GREEN** is the sole member, or any and all other cash or cash-equivalents from the release of assets pledged to secure lines of credit or loans to LLC's in which the IP is the sole owner or member, and the Guardian's counsel shall maintain possession of the guardianship checkbook and all checks issued by the Guardian, whether in payment of a single payee's invoice or to cover with a single check paid to one of the IP's LLP's to cover multiple invoices or obligations for their day to day operation and debt service, shall be co-signed by the Guardian and her counsel or a member of his firm; and

b) the Guardian shall notify the Court Examiner and the Court of the net proceeds received from the sale of any such assets of the release of any pledged assets held by any of the said LLC's within thirty (30) days of the closing thereof or the release thereof.

When the assets have been liquidated such that the cash on hand is sufficiently in excess of the aforesaid IP's business's indebtedness and the prospective expenses needed for use for the remaining assets, the Guardian shall notify the Court Examiner and the Court, at which time the Court may re-address the need for the posting of a bond.

Dated::     January 15 , 2008
White Plains, NY

_____
CLERK

STATE OF NEW YORK, COUNTY OF                                    ss.:
I, the undersigned, an attorney admitted to practice in the courts of New York State,

☐ **Certification By Attorney** certify that the within
has been compared by me with the original and found to be a true and complete copy.

☐ **Attorney's Affirmation** state that I am
the attorney(s) of record for                                                                 in the within
                                                                                and know the contents thereof;
action; I have read the foregoing
the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.
Dated:                                                                     _____
                                                                           *The name signed must be printed beneath*

STATE OF NEW YORK, COUNTY OF                                    ss.:
I, the undersigned, being duly sworn, depose and say: I am

☐ **Individual Verification** in the action; I have read the foregoing
                                                  and know the contents thereof; the same is true to my own knowledge, except
as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ **Corporate Verification** the                      of
a                                                 corporation and a party in the within action; I have read the foregoing
                                                  and know the contents thereof; and the same is true to my own knowledge,
except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.
The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

                                                                           _____
                                                                           *The name signed must be printed beneath*
Sworn to before me on

STATE OF NEW YORK, COUNTY OF                ss.:    (If more than one box is checked—indicate after names type of service used.)
I, the undersigned, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside at

on                                      I served the within
☐ **Service By Mail** { by mailing a copy of each of the following persons at the last known address set forth after each name below.
☐ **Personal Service on Individual** { by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein:*
☐ **Service by Electronic Means** { by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.
☐ **Overnight Delivery Service** { by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

                                                                           _____
                                                                           *The name signed must be printed beneath*
Sworn to before me on

Index No. 07-17431      Year 20

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

In the Matter of the Application of

MARY GREEN,

as Petitioner Pursuant to Article 81 of the Mental
Hygiene Law for the Appointment of a Personal
Needs and Property Management Guardian for

STEVEN GREEN,

as Alleged Person in Need of Guardian.

## COMMISSION

BERTINE, HUFNAGEL, HEADLEY, ZELTNER,
DRUMMOND & DOHN, LLP
ATTORNEYS AND COUNSELLORS AT LAW
*Attorneys for*       **Petitioner**

*Office and Post Office Address, Telephone*
700 WHITE PLAINS ROAD
SCARSDALE, N.Y. 10583
(914) 472-7700

To:

Attorney(s) for

Service of a copy of the within                                       is hereby admitted.

Dated,

                                                        Attorney(s) for

Please take notice
☐ NOTICE OF ENTRY
that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on                    20
☐ NOTICE OF SETTLEMENT
that an order                                of which the within is a true copy will be presented for
settlement to the HON.                                                               one of the judges
of the within named court, at
on                                   20     at                M.

                                                        Yours, etc.
                                        BERTINE, HUFNAGEL, HEADLEY, ZELTNER,
Dated,                                            DRUMMOND & DOHN, LLP
                                              ATTORNEYS AND COUNSELLORS AT LAW
                                        *Attorneys for*

To                                             *Office and Post Office Address*
                                                 700 WHITE PLAINS ROAD
Attorney(s) for                                    SCARSDALE, N.Y. 10583