IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| POTOMAC REALTY CAPITAL, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:08-cv-204-MEF-SRW ) |
| STEVEN GREEN, | ) ) |
| Defendant. | ) ) |

_____

**RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION FOR LEAVE**
_____

Plaintiff Potomac Realty Capital, LLC ("Potomac") respectfully submits the following Response in opposition to Defendant Steven Green's Motion for Leave to File Evidentiary Submission (the "Motion):

1. Through his Motion, Defendant seeks to offer evidence to the Court that Green is incompetent, evidence which Defendant failed to offer in support of its original Motion to Quash. *See* Defendant's Motion.

2. Yet because this second Motion was filed by him, through counsel, the very proof offered by Defendant renders him incapable of filing his Motion. In other words, Defendant cannot offer Motions to this Court while simultaneously

alleging that he is incompetent. *See* F~ED~. R. C~IV~. P. 17(c) (requiring that an incompetent person be represented by either a general guardian, a committee, a conservator, a like fiduciary, or lacking any of the foregoing, through a next friend or guardian ad litem).

3. If Defendant is not incompetent, then he may properly appear through counsel and file Motions and pleadings on his behalf; if he is incompetent, as he alleges, then he must be represented in this Action by his legally appointed guardian. F~ED~. R. C~IV~. P. 17(c).

4. Because Defendant continues to claim he is incompetent (now offering evidence to support this allegation) but nevertheless continues to appear individually in this Action, the Court should deny and strike both Defendant's Motion to Quash and Motion for Leave to File Evidentiary Submission in Support of his Motion to Quash.

WHEREFORE, PREMISES CONSIDERED, Potomac Realty Capital, LLC respectfully renews its Motion to Strike, filed on April 28, 2008, and requests that this Court deny and strike both Defendant Steven Green's Motion for Leave to File Evidentiary Submission, as well as Defendant's Motion to Quash Service of Summons and Compliant and Deny Entry of Default Judgment. Potomac Realty Capital, LLC further requests that the Court grant the Application for Entry of

Default Judgment filed by Potomac and such other additional relief to which it is entitled.

                              Respectfully submitted the 30th day of April, 2008,

                              /s/ Kerry P. McInerney
                              Kerry P. McInerney (ASB 7857-N75K)
                              Robin L. Beardsley (ASB 7270-I63B)
                              Attorney for Plaintiff,
                              Potomac Realty Capital, LLC

**OF COUNSEL:**

Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama  35205
(205) 930-5100 (Telephone)
(205) 930-5101 (Facsimile)
kmcinerney@sirote.com
rbeardsley@sirote.com

**CERTIFICATE OF SERVICE**

I hereby certify on this 30th day of April 2008 that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

    Paul Clark, Esq.
    Joseph Seawell Moore, Esq.
    Balch & Bingham LLP
    Post Office Box 78
    Montgomery, AL 36101-0078
    (334) 834-6500
    (334) 269-3115 (fax)

                              /s/ Kerry P. McInerney
                              OF COUNSEL