IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| POTOMAC REALTY CAPITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08-CV-204- |
| | ) |
| STEVEN GREEN, | ) |
| | ) |
| Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Steven Green, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>          <u>Relationship to Party</u>

_____          _____

_____          _____


<u>May 7, 2008</u>                    <u>s/Joseph Seawell Moore</u>
    Date                        Counsel Signature
                                Attorney for Defendant Steven Green
                                Balch & Bingham LLP
                                Post Office Box 78
                                Montgomery, AL 36101
                                334/834-6500

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this 7th day of May, 2008:

Kerry P. McInerney
Robin L. Beardsley
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL  35205

                                                          s/Joseph Seawell Moore
                                                          Of Counsel