IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

POTOMAC REALTY CAPITAL, LLC,    )
                                )
    Plaintiff,              )
v.                              )    CASE NO. 2:08-cv-204-MEF
                                )
STEVEN GREEN,                   )
                                )
    Defendant.              )

# **O R D E R**

It is hereby ORDERED that the status conference set in this case for May 21, 2008

at 10:30 A.M. is **rescheduled for 8:30 A.M.** on May 21, 2008 in the Chambers of the

undersigned, United States Courthouse, One Church Street, A-300, Montgomery,

Alabama.

DONE this the 20th day of May, 2008.

                /s/ Mark E. Fuller
            CHIEF UNITED STATES DISTRICT JUDGE