IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| POTOMAC REALTY CAPITAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:08-cv-204-MEF |
| ) | |
| STEVEN GREEN, ) | (WO-Not for Publication) |
| ) | |
| Defendant. ) | |

## **O R D E R**

At the request of the Clerk of the Court, the Court has reviewed the Application to Clerk for Entry of Default (Doc. # 6). It appears that plaintiff attempted service of process on the named defendant, an individual named Steven Green, solely by sending the summons and complaint via certified mail to his place business. The Court has consulted the applicable rules regarding service of process under the Federal Rules of Civil Procedure, Alabama law, and New York law.[1] None of the applicable rules allow for service of process on an individual by certified mail sent only to his place of business. Accordingly, it is hereby ORDERED that the Application to the Clerk for Entry of Default (Doc. # 6) is DENIED. Consequently, plaintiff is required to properly perfect service before proceeding with this action.

Also pending before this Court is the Motion to Quash Service of Summons and Complaint and Deny Entry of Default Judgment (Doc. # 7) and the Motion for Leave to File

---

[1] The action is pending in Alabama and Steven Green resides in New York.

Evidentiary Submission (Doc. # 11) filed by counsel purporting to represent Steven Green. In light of the Court's finding in this Order relating to service, these motions are DENIED as MOOT.

Finally, counsel for plaintiff has filed a Motion to Strike (Doc. #10) and a renewed Motion to Strike (Doc. # 12). In these motions, plaintiff's counsel correctly argues that if Steven Green is incompetent, as those purporting to be his counsel have represented, counsel cannot appear on his behalf to take any action in this suit. Instead, counsel for his legal guardian must appear to defend this action. The Court agrees with plaintiff's counsel's statement of the law regarding the representation of incompetent persons. For this reason, it is hereby ORDERED that the Motion to Strike (Doc. #10) and a renewed Motion to Strike (Doc. # 12) are GRANTED and that the Motion to Quash Service of Summons and Complaint and Deny Entry of Default Judgment (Doc. # 7) and the Motion for Leave to File Evidentiary Submission (Doc. # 11) filed by counsel purporting to represent Steven Green are hereby STRICKEN. This ruling does not require any change in the Court's prior ruling on the Application to Clerk for Entry of Default (Doc. # 6), however, because the Court is still not satisfied that plaintiff has properly perfected service on Steven Green. That having been said, it would be unwise for counsel for plaintiff to proceed with attempting service of process on Steven Green because counsel is now aware that he is incompetent and represented by a legal guardian. Plaintiff's counsel cannot pretend that those facts do not exist or are not known to him simply because the Court has granted the motions to strike.

Similarly, the attorneys purporting to represent Steven Green should be aware that due to his incompetence any further representation should be made on behalf of his legally appointed representative and not on his behalf, unless he becomes competent to once again represent his own interests during the pendency of this case.

      DONE this the 21st day of May, 2008.

                                       /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE