IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| POTOMAC REALTY CAPITAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:08-cv-204-MEF |
| ) | |
| STEVEN GREEN, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of Plaintiff's Motion to Amend/Correct Complaint (Doc. #17) filed on June 13, 2008, it is hereby

ORDERED that the motion is GRANTED. Plaintiff's amended complaint should be filed on or before June 20, 2008.

DONE this the 17th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE