IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| POTOMAC REALTY CAPITAL, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CASE NO. 2:08-cv-204-MEF-SRW ) |
| STEVEN GREEN, et al., | ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

Paul A. Clark and Joe Seawell Moore of the law firm of Balch & Bingham LLP move the Court for leave to withdraw as counsel for defendants Steven Green and Mary Green on the grounds that they are no longer employed as defendants' attorney.

Respectfully submitted this the 11th day of August, 2008.

s/Joseph Seawell Moore
One of the Attorneys for Defendants

**OF COUNSEL:**
Paul Clark (CLA076)
Joseph Seawell Moore (MOO106)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101-0078
334/834-6500
334/269-3115 (fax)

194506.1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this 11th day of August, 2008:

Kerry P. McInerney  
Robin L. Beardsley  
Sirote & Permutt, P.C.  
2311 Highland Avenue South  
Birmingham, AL  35205

                                              s/Joseph Seawell Moore  
                                              Of Counsel