IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| POTOMAC REALTY CAPITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:08-cv-204-MEF |
| | ) | |
| MARY GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw filed by Paul A. Clark and Joe Seawell Moore (Doc. #25) on August 11, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 12th day of August, 2008.

                                                /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE