# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| POTOMAC REALTY CAPITAL, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>MARY GREEN, as GUARDIAN and PERSONAL REPRESENTATIVE for STEVEN GREEN, an individual,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 2:08-CV-204-MEF-WC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the *Federal Rules of Civil Procedure,* Plaintiff Potomac Realty Capital, LLC, (hereinafter "Plaintiff") moves this Court to enter summary judgment in its favor and against Defendant Mary Green, as Guardian and Personal Representative for Steven Green, an individual, on the ground that there is no genuine issue as to any material fact and Plaintiff is entitled to judgment as a matter of law.

This motion is based on the following:

1.   The pleadings;

DOCSBHM\1571845\2\

2. Plaintiff's Evidentiary Submissions, Exhibits 1 through 4, filed contemporaneously herewith; and

3. The facts, analysis and arguments set forth in Plaintiff's Brief in Support of Motion for Summary Judgment, filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant this Motion and enter summary judgment in its favor and against Defendant.

                Respectfully submitted,

/s/ Kerry P. McInerney
Kerry P. McInerney (ASB 7857-N75K)
Robin L. Beardsley (ASB 7270-I63B)
Attorneys for Plaintiff,
Potomac Realty Capital, LLC

OF COUNSEL:

Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
(205) 930-5100 (Telephone)
(205) 930-5101 (Facsimile)
kmcinerney@sirote.com
rbeardsley@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify on this 21st day of August, 2008, that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Mary Green, as Guardian and Personal
 Representative of Steven Green, an individual
c/o John Murray, Esq.
Steckler, Gutman, Morrissey & Murray
11 Edgewood Lane
Purchase, NY 10577

Paul Anthony Clark
Joseph Seawell Moore
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101-0078
(334) 834-6500
(334) 269-3115 (fax)

/s/ Kerry P. McInerney
OF COUNSEL