IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| POTOMAC REALTY CAPITAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:08-cv-204-MEF |
| ) | |
| STEVEN GREEN, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Summary Judgment (Doc. #27) filed on August 21, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on September 30, 2008.

It is further ORDERED that the defendant file a response which shall include a brief and any evidentiary materials on or before September 23, 2008.  The plaintiff may file a reply brief on or before September 30, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 26th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE