IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| POTOMAC REALTY CAPITAL, LLC, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cv-204-MEF |
| | ) | |
| MARY GREEN, as Guardian and Personal Representative for STEVEN GREEN, an individual, | ) ) ) | (WO- Do Not Publish) |
| | ) | |
| DEFENDANT. | ) | |

**<u>PARTIAL FINAL JUDGMENT AS TO COUNT ONE</u>**

Pursuant to Federal Rules of Civil Procedure 54(b) and 56 and in accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

(1) Judgment is entered on all portions of Count One, except for the claim for damages for costs and fees which Potomac incurred after the date of the foreclosure to carry on the operations of the residential apartments, in favor of Plaintiff Potomac Realty Capital, LLC and against Defendant Mary Green as Guardian and Personal Representative for Steven Green, in the amount of $5,069,812.08, which sum is comprised of: a deficiency balance of $3,265,000.00, accrued and unpaid interest and fees in the amount of $1,143,532.24, and contractually required attorney's fees of $661,279.84. Judgment is also entered on future accruals of interest beginning on April 1, 2008, in the amount provided by the loan documents, for which execution may issue.

(2) Pursuant to 28 U.S.C. § 1920, costs are taxed in favor of Plaintiff Potomac Realty Capital, LLC and against Defendant Mary Green as Guardian and Personal Representative for Steven Green, for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket as a partial final judgment on Count One pursuant to Federal Rules of Civil Procedure 54(b) and 56.  However, the case shall not be closed as this is only a partial final judgment.

DONE this the 2nd day of June, 2009.

                                            /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE