IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| POTOMAC REALTY CAPITAL, LLC, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 2:08-cv-204-MEF |
| ) | |
| MARY GREEN, as Guardian and Personal ) | |
| Representative for STEVEN GREEN, an ) | (WO- Do Not Publish) |
| individual, ) | |
| ) | |
| DEFENDANT. ) | |

## **ORDER**

This cause is before the Court on the Plaintiff's Motion to Dismiss Remaining Portions of Complaint (Doc. # 71) filed on November 13, 2009 by Potomac Realty Capital, LLC ("Potomac"). Defendant Mary Green, the guardian and personal representative of Steven Green ("Guardian") was given an opportunity to oppose this motion, but she has failed to respond to the Court's show cause order. Accordingly, it is hereby ORDERED that the motion is GRANTED.

DONE this the 30th day of November, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE