IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| POTOMAC REALTY CAPITAL, LLC, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 2:08-cv-204-MEF |
| ) | |
| MARY GREEN, as Guardian and Personal ) | |
| Representative for STEVEN GREEN, an ) | (WO- Do Not Publish) |
| individual, ) | |
| ) | |
| DEFENDANT. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED that all remaining claims in this case are DISMISSED WITHOUT PREJUDICE. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 30th day of November, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE